IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MATTHEW L. TAYLOR,           )<br>                    Plaintiff,    )<br>     v.                                      )<br>                                              )<br>EXPERIAN INFORMATION SOLUTIONS,)<br>INC., et al.                             )<br>                                              )<br>                    Defendants.  )<br>                                              ) | Civil Action No. 1:15-cv-0115 (JCC/TCB) |

## NOTICE OF APPEARANCE

Kristi C. Kelly, Esq. of Kelly & Crandall, PLC, 4084 University Drive, Suite 202A, Fairfax, VA 22030 hereby notes her appearance as counsel in this case on behalf of the Plaintiff, Matthew L. Taylor.

Please copy her with all matters in this case.

             /s/
Kristi C. Kelly, Esq. VSB # 72791
Kelly & Crandall, PLC
4084 University Drive, Suite 202A
Fairfax, VA 22030
Telephone: 703-424-7570
Facsimile: 703-591-0167
Email: kkelly@kellyandcrandall.com
*Counsel for Plaintiff*

DATED:  January 30, 2015

1